**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION**

| | |
|---|---|
| **BRENDA MARECKI,** ) | |
| ) | |
|     **Plaintiff,** ) | **Case No.: 1:25-cv-01246-STA-jay** |
| ) | |
| **v.** ) | |
| ) | **JURY DEMAND** |
| **GOLDEN CIRCLE FORD LINCOLN, INC.,** ) | |
| ) | |
|     **Defendants.** ) | |

**CORPORATE DISCLOSURE STATEMENT**

I, the undersigned counsel of record for Defendant Golden Circle Ford Lincoln, Inc., certify to the best of my knowledge and belief that my client is a for-profit corporation formed under the laws of the State of Tennessee, which has no corporate interests to be identified under Federal Rule of Civil Procedure 7.1. My client has no parent corporation(s) and no publicly held corporation(s) own 10% or more of my client's stock.

Respectfully submitted:

LEWIS THOMASON

By: */s/ Peter C. Robison*
    Peter C. Robison, BPR No. 27498
    Alex Daichman, BPR No. 041468
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    Phone: 615-259-1366
    probison@lewisthomason.com
    adaichman@lewisthomason.com

*Attorneys for Defendant Golden Circle Ford Lincoln, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was served via this Court's ECF filing system to this 9th day of December, 2025:

D. Wes Sullenger
Sullenger Law Office, PLLC
2508 Jackson Street
Paducah, KY 42003
wes@sullengerlawfirm.com

                                                */s/ Peter C. Robison*
                                                Peter C. Robison