# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# JACKSON DIVISION

| | |
|---|---|
| **BRENDA MARECKI,** ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:25-cv-01246-STA-jay |
| ) | |
| v. ) | |
| ) | **JURY DEMAND** |
| **GOLDEN CIRCLE FORD LINCOLN, INC.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

Defendant Golden Circle Ford Lincoln, Inc., ("Golden Circle" or "Defendant"), by and through counsel, hereby gives noticing of filing the Agreement for Arbitration of Employment-Related Claims between Plaintiff and Defendant, signed by Plaintiff and a representative of Defendant on September 11, 2023, identified in its Answer as **Exhibit A**.

Respectfully submitted:

LEWIS THOMASON

By: */s/ Peter C. Robison*
  Peter C. Robison, BPR No. 27498
  Alex Daichman, BPR No. 041468
  424 Church Street, Suite 2500
  P.O. Box 198615
  Nashville, TN 37219
  Phone: 615-259-1366
  probison@lewisthomason.com
  adaichman@lewisthomason.com

*Attorneys for Defendant Golden Circle Ford Lincoln, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing **NOTICE OF FILING** was served via this Court's ECF filing system to this 16th day of December, 2025:

D. Wes Sullenger
Sullenger Law Office, PLLC
2508 Jackson Street
Paducah, KY 42003
wes@sullengerlawfirm.com

                                                    */s/ Peter C. Robison*
                                                    Peter C. Robison