IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

| | | |
|---|---|---|
| BRENDA MARECKI, | ) | |
| Plaintiff, | ) ) ) | Case No.: 1:25-cv-01246-STA-jay |
| v. | ) ) ) | JURY DEMAND |
| GOLDEN CIRCLE FORD LINCOLN, INC., | ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Notice is hereby given of the appearance of Alexander N. Daichman of the law firm of LEWIS THOMASON, P.C., as additional counsel for defendant Golden Circle Ford Lincoln, Inc. in the above-styled case. The clerk is requested to include Alexander N. Daichman in all mailings in this case.

    Respectfully submitted:

    LEWIS THOMASON

    By: */s/ Alexander N. Daichman*
        Alexander N. Daichman, BPR No. 041468
        424 Church Street, Suite 2500
        P.O. Box 198615
        Nashville, TN 37219
        Phone: 615-259-1366
        adaichman@lewisthomason.com

    *Attorneys for Defendant Golden Circle Ford Lincoln, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing **NOTICE OF APPEARANCE** was served via this Court's ECF filing system to this 17th day of December, 2025:

D. Wes Sullenger  
Sullenger Law Office, PLLC  
2508 Jackson Street  
Paducah, KY 42003  
wes@sullengerlawfirm.com

                                                        */s/ Alexander N. Daichman*  
                                                        Alexander N. Daichman