**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

**BRENDA MARECKI,**

     **Plaintiff,**

**v.**                                        **Case No. 1:25-cv-01246-STA-jay**

**GOLDEN CIRCLE FORD**
**LINCOLN, INC.,**

     **Defendant.**

## ORDER REQUIRING NOTICE OF MEDIATION STATUS

On February 19, 2026, the Court entered a Scheduling Order with the deadline for

ADR/mediation set for April 24, 2026. (ECF No. 13.) The Scheduling Order states:

> The parties are ordered to engage in ADR by the ADR deadline. Pursuant to Local Rule 16.3(d), **within 7 days of completion of ADR**, the parties shall file a notice confirming that the ADR was conducted and indicating whether it was successful or unsuccessful, without disclosing the parties' respective positions at the ADR.

(*Id.* at p. 3 (emphasis added.))  The Court has not received a notice or report from the parties within the

requisite time and are, therefore, **DIRECTED** to file such a report within seven (7) days of the entry of this

order.

     **IT IS SO ORDERED**

                                    s/ S. Thomas Anderson
                                    S. THOMAS ANDERSON
                                    UNITED STATES DISTRICT JUDGE

                                    Date:  June 10, 2026