**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**JACKSON DIVISION**

| | | |
|---|---|---|
| **BRENDA MARECKI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.: 1:25-cv-01246-STA-jay** |
| | ) | |
| **v.** | ) | |
| | ) | **JURY DEMAND** |
| **GOLDEN CIRCLE FORD LINCOLN, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT NOTICE OF RESOLUTION

Plaintiff, Brenda Marecki, and Defendant, Golden Circle Ford Lincoln, Inc., by and through counsel, hereby notify the Court that Plaintiff and Defendant ("the Parties") have reached a resolution of all claims asserted by Plaintiff against the Defendant related to the pending matter. The Parties are now working to execute appropriate documents to effectuate the settlement and to secure monetary funds for the settlement. The Parties believe they will be able to submit an agreed order of dismissal with the Court within the next thirty (30) days.

Respectfully submitted:

**LEWIS THOMASON, P.C.**

*/s/ Peter C. Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Phone: 615-259-1366
probison@lewisthomason.com

*Counsel for Defendant*

1

*/s/ D. Wes Sullenger* (by permission Peter Robison)
D. Wes Sullenger, KY BAR # 91861
       TN BPR # 021714
       IL ARDC 6322019
Sullenger Law Office, PLLC
2508 Jackson Street
Paducah, KY 42003
Voice: (270) 443-9401
wes@sullengerfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on June 11, 2026, the foregoing document was served on the following counsel of record through the Court's electronic filing system:

D. Wes Sullenger
Sullenger Law Office, PLLC
2508 Jackson Street
Paducah, KY 42003
wes@sullengerlawfirm.com

*Counsel for Plaintiff*

*/s/ Peter C. Robison*
Peter C. Robison

2