**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION**

| | | |
|---|---|---|
| **BRENDA MARECKI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.: 1:25-cv-01246-STA-jay** |
| | ) | |
| **v.** | ) | |
| | ) | **JURY DEMAND** |
| **GOLDEN CIRCLE FORD LINCOLN, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Brenda Marecki, and Defendant, Golden Circle Ford Lincoln, Inc., by and

through undersigned counsel, and as evidenced by their signatures below, hereby stipulate that the

above-styled action shall be and is dismissed WITH PREJUDICE pursuant to Fed. R. Civ. P.

41(a)(ii).

Respectfully submitted:
**LEWIS THOMASON, P.C.**

*/s/ Peter C. Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Phone: 615-259-1366
probison@lewisthomason.com
*Counsel for Defendant*

*/s/ D. Wes Sullenger*
D. Wes Sullenger, KY BAR # 91861
TN BPR # 021714
IL ARDC 6322019
Sullenger Law Office, PLLC
2508 Jackson Street
Paducah, KY 42003
Voice: (270) 443-9401
wes@sullengerfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on July 6, 2026, the foregoing document was served on the following counsel of record through the Court's electronic filing system:

D. Wes Sullenger
Sullenger Law Office, PLLC
2508 Jackson Street
Paducah, KY 42003
wes@sullengerlawfirm.com

*Counsel for Plaintiff*

*/s/ Peter C. Robison*
Peter C. Robison